# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-mj-00826-VCF |
| | ) | |
| RICHARD CANTERBURY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 10/9/2018 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 25, 2018

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

___ FILED
___ ENTERED        ___ RECEIVED
                   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

SEP 2 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___                      DEPUTY