# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD CANTERBURY,<br><br>    Defendant. | 2:18-mj-00826-VCF<br>**<u>ORDER</u>** |

  Before the court is Defendant's Motion to Replace the Federal Public Defender's Office as Appointed Counsel & Replace with a Contract Attorney (ECF NO. 4).

  Accordingly,

  IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Replace the Federal Public Defender's Office as Appointed Counsel & Replace with a Contract Attorney (ECF NO. 4) is scheduled for 11:00 AM, October 9, 2018, in Courtroom 3D.

  The U.S. Marshal is directed to transport defendant to and from the hearing.

  DATED this 2nd day of October, 2018.

                       _____
                        CAM FERENBACH
                        UNITED STATES MAGISTRATE JUDGE